[63 NE3d 1152, 41 NYS3d 208]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. ROSHIA, JR., Appellant.

Decided October 20, 2016

### APPEARANCES OF COUNSEL

*Albert F. Lawrence*, Greenfield Center, for appellant.

*Alexander Lesyk, Special Prosecutor*, Norwood, for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. Defendant was indicted by a grand jury, a sexual assault evidence kit was taken from the victim, and County Court's order directing defendant to provide a DNA sample was authorized by statute (CPL 240.40 [2] [b] [v]). Accordingly, County Court did not err in granting the People's application directing defendant to provide a buccal swab for testing.

Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.